| | | | |
|---|---|---|---|
| Com. v. Cook | 3598 EDA 2015<br>Affirmed | 11/17/2016 | CP–09–CR–0003466–2015<br>(Bucks) |
| Com. v. Brockington | 3611 EDA 2015<br>Affirmed | 11/17/2016 | CP–39–CR–0002736–1997<br>(Lehigh) |
| Kheifetz v. TLA Cinema | 3618 EDA 2015<br>Affirmed | 11/17/2016 | August Term, 2015 No.<br>02400<br>(Philadelphia) |
| Com. v. Harper | 3634 EDA 2015<br>Affirmed | 11/17/2016 | CP–51–CR–1002831–2003<br>(Philadelphia) |
| Com. v. Moses | 185 EDA 2016<br>Affirmed | 11/17/2016 | CP–51–CR–0003521–2012<br>(Philadelphia) |
| Harford Ins. Co. v. Lilly Cab Corp. | 632 EDA 2016<br>Vacated and<br>Remanded | 11/17/2016 | 002947, November<br>Term, 2015<br>(Philadelphia) |
| Com. v. Perez | 1062 EDA 2016<br>Affirmed | 11/17/2016 | CP–46–CR–0007249–2009<br>(Montgomery) |
| Com. v. Patterson | 1539 MDA 2015<br>Affirmed | 11/17/2016 | CP–31–CR–0000460–2014<br>(Huntingdon) |
| In re Goklaney | 86 MDA 2016<br>Affirmed | 11/17/2016 | CP–22–MD–0001376–2015<br>(Dauphin) |
| Com. v. Propps | 214 MDA 2016<br>Quashed | 11/17/2016 | CP–22–CR–0005888–2010<br>(Dauphin) |
| Com. v. Martisofski | 521 MDA 2016<br>Affirmed | 11/17/2016 | CP–38–CR–0000527–2015<br>(Lebanon) |
| Com. v. Drain | 1836 WDA 2014<br>Affirmed | 11/17/2016 | CP–02–CR–0015145–2009<br>(Allegheny) |
| Garstecki v. Assefa | 1222 WDA 2015<br>Affirmed | 11/17/2016 | 4251 of 2012<br>(Westmoreland) |
| ARI Enterprises v. McGinley | 1249 WDA 2015<br>Vacated and<br>Remanded | 11/17/2016 | No. GD–15–007636<br>(Allegheny) |
| Com. v. Dean | 1402 WDA 2015<br>Affirmed | 11/17/2016 | CP–25–CR–0003379–2014<br>(Erie) |
| Poli v. Poli | 1989 WDA 2015<br>Affirmed | 11/17/2016 | FD 04–005021–002<br>(Allegheny) |
| Dalfonso v. Benson | 62 WDA 2016<br>Affirmed | 11/17/2016 | No. 2009–1474<br>(McKean) |
| Fandray v. Baum | 199 WDA 2016<br>Affirmed | 11/17/2016 | No. GD–12–015513<br>(Allegheny) |